| | | |
|---|---|---|
| HUMPHREY DONALD BROWN JR., | ) | CIVIL ACTION NO.: 1:25-cv-02312-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ARMSTRONG |
| | ) | |
| FRANK BISIGNANO | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having

been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative

proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C.

§ 405(g). The parties agree that this Court should enter judgment reversing and remanding to the

agency for further administrative proceedings based on deficits with the ALJ's consideration of

the opinion evidence. On remand, the Appeals Council will instruct the Administrative Law

Judge to offer Plaintiff a hearing, further develop the record and issue a new decision.

Date: _4/20/2026_       Entered: ___/s/Jennifer Dowdell Armstrong___